# United States Court of Appeals

## For the First Circuit

No. 06-1907

LENDA DE JESÚS,

Plaintiff, Appellant,

v.

LTT CARD SERVICES, INC.; JORGE PAGÁN; JANE DOE;
CONJUGAL PARTNERSHIP PAGÁN-DOE;
JOHN ROE; JOE ROE,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on January 19, 2007 is amended as follows:


Page 3, last line of the main text:  replace "42 U.S.C." with "Id."

Page 7, fifth line of the paragraph beginning "Perhaps because of":  replace "director-shareholders" with "shareholder-directors"